UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
BRYSON CITY DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 2:07CR37 |
| | ) | |
| vs. | ) | **ORDER FOR DISMISSAL** |
| | ) | |
| ALAN B. ENSLEY | ) | |

**THIS MATTER** is before the Court on the Government's motion to dismiss the indictment herein without prejudice.

For cause shown,

**IT IS, THEREFORE, ORDERED** that the Government's motion is **ALLOWED**, and the indictment in this matter is hereby **DISMISSED WITHOUT PREJUDICE.**

The Clerk is directed to transmit this Order electronically to the United States Attorney, defense counsel, the United States Probation Office, and the United States Marshal's Office.

Signed: December 18, 2007

Lacy H. Thornburg
United States District Judge